■ ROBERT F. FLACKE, as Commissioner of Environmental Conservation of the State of New York, Appellant, and TOWN OF ONONDAGA, Intervenor, v ONONDAGA LANDFILL SYSTEMS, INC., Respondent.—Order unanimously affirmed, without costs, for reasons stated at Supreme Court, Onondaga County, Balio, J. (Appeal from order of Supreme Court, Onondaga County, Balio, J.—injunction.) Present—Dillon, P. J., Callahan, Denman, Pine and Schnepp, JJ. [127 Misc 2d 984.]